WR-83,797-01,02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/28/2015 2:59:37 PM
Accepted 8/28/2015 3:57:24 PM
ABEL ACOSTA
CLERK

DOCKET NO. _____

IN THE
COURT OF CRIMINAL APPEALS
AT AUSTIN, TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
8/28/2015
ABEL ACOSTA, CLERK

IN RE:
DARRELL CURLEE,
Relator

MOTION FOR LEAVE TO FILE
PETITION FOR WRIT OF MANDAMUS AND
WRIT OF PROHIBITION

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Darrell Curlee, Relator, moves this Court to grant him leave to file his Petition for Writ of Mandamus and Writ of Prohibition, and shows:

1. Concomitantly with filing of this Motion, Relator is tendering to the Clerk of the Court his Petition for Writ of Mandamus and Writ of Prohibition. That Petition is incorporated into this Motion, by reference, for all intents and purposes, as though set forth herein verbatim.

2. Relator represents that his Petition for Writ of Mandamus presents an issue of great importance which may be paraphrased as follows: may a judge ignore a defendant's Due Process rights and this Court's pronouncements of law by tacitly removing appointed counsel on a whim,

1

without a hearing.

3. Relator suggests that this issue is of great importance, not only to him, but to the criminal jurisprudence of Texas.

4. Relator therefore prays that this Honorable Court grant him leave to file his Petition for Writ of Mandamus and Writ of Prohibition. Relator prays for general relief.

Respectfully submitted,

/s/ Terence Russell
Terence A. "Tiger" Russell
S.B.O.T. #17437070
1040 E. Elm St.
Hillsboro, Texas 76645
Tel: (254) 580-9282
Fax: (254) 582-5593
tiger_russell@att.net
Attorney for Relator, Darrell Curlee

L.T. "Butch" Bradt #02841600
14015 Southwest Freeway, Suite 4
Sugar Land, Texas 77478
(281) 201-0700
Fax: (281) 201-1202
ltbradt@flash.net

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, in accordance with the Rule 9.5, T.R.A.P., certify that a true and correct copy of the foregoing Petition was delivered to:

RESPONDENT:
Honorable A. Lee Harris

2

66th Judicial District Court
PO Box 284
Hill County Courthouse
Hillsboro, Texas 76645
(254) 582-4045

STATE:
Mark Pratt, District Attorney
PO Box 400
Hill County Courthouse
Hillsboro, Texas 76645
Phone: (254) 582-4070
Fax: (254) 582-4036

ADDITIONAL COUNSEL:
Lyle Vincent Gripp
100 N 6th St., Suite 703
Waco, TX 76701
254-756-1112

On August 28, 2015.


/s/ Terence Russell
Terence A. "Tiger" Russell